IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MILIKI LEE,** | : | |
| **Plaintiff** | : | No. 1:25-cv-01490 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **J. FRIT (Warden), et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 31st day of October 2025, upon consideration of the complaint (Doc. No. 1), application for leave to proceed in forma pauperis (Doc. No. 2), and certified prisoner trust fund account statement (Doc. No. ) filed by pro se Plaintiff Miliki Lee ("Lee"), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 2) is **GRANTED**, and Lee has leave to proceed in forma pauperis in this case;

2. Lee shall **PAY** the full filing fee of $350.00, based on the financial information provided in the IFP Application and certified prisoner trust fund account statement. The full filing fee shall be paid regardless of the outcome of the litigation. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Lee's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A) the average monthly deposits in Lee's prison account for the past six (6) months, or

    (B) the average monthly balance in Lee's prison account for the past six (6) months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Lee's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Lee's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number for this case;

3.     The Clerk of Court is **DIRECTED** to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Lee is presently incarcerated;

4.     The complaint (Doc. No. 1) is **DEEMED** filed;

5.     The complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

6.     The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania